B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Janowicz, Jason Edward** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7471** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1729 Canterfield Parkway West**<br>**West Dundee, IL**<br>ZIP Code **60118-9020** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
| --- | --- | --- |
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

B1 (Official Form 1)(1/08)        Page 2

| **Voluntary Petition** <br><br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Janowicz, Jason Edward** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>      Signature of Attorney for Debtor(s)       (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Janowicz, Jason Edward** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Jason Edward Janowicz (signature)_
Signature of Debtor **Jason Edward Janowicz**

X _____
Signature of Joint Debtor

**8479806866**
Telephone Number (If not represented by attorney)

Date __1/6/10__

### Signature of Attorney*

X **Debtor not represented by attorney**
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Maxwell Reichert**
Printed Name and title, if any, of Bankruptcy Petition Preparer

**052844211**
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

**p.o. box 1063**
**Westbrook CT, 06498**
Address   **18008782215 Fax: 18008110924**

X _Maxwell Reichert (signature)_
_12/30/09_
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re   __Jason Edward Janowicz__ _____   Case No. _____
                                            Debtor(s)          Chapter     __7__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                            Page 2

    ☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐Active military duty in a military combat zone.

    ☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                               Jason Edward Janowicz

Date: _____1 | 06 | 10_____

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Jason Edward Janowicz**

_____ ,
Debtor

Case No. _____

Chapter_____ **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 30,513.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 22,197.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 269,738.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,020.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,082.08 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 30,513.00 | | |
| Total Liabilities | | | | 291,935.75 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jason Edward Janowicz** _____,    Case No. _____

                                      Debtor

                                                            Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,020.00 |
| Average Expenses (from Schedule J, Line 18) | 4,082.08 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,020.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 269,738.75 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 269,738.75 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re   **Jason Edward Janowicz**                                                    Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

Case No. _____

In re   **Jason Edward Janowicz** _____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | - | 1,500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account: checking account** **Location: JPMorgan Chase Bank, N.A. Chicago, IL 60670** | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furniture: **DINING PUB TABLE WITH 4 CHAIRS** | - | 300.00 |
| | | Furniture: **SOFA** | - | 500.00 |
| | | Furniture: **CHILDRENS BUNK BEDS** | - | 300.00 |
| | | Furniture: **QUEEN SIZE BED AND FRAME - USED NOT NEW** | - | 400.00 |
| | | Furniture: **MOMS QUEEN SIZE BED AND FRAME** | - | 300.00 |
| | | Furniture: **TV STAND** | - | 50.00 |
| | | Appliances: **MICROWAVE** | - | 50.00 |
| | | Appliances: **COFFEE MAKER** | - | 45.00 |
| | | Appliances: **TOASTER** | - | 38.00 |
| | | Audio-Video: **LIVING ROOM TELEVISION** | - | 500.00 |
| | | Audio-Video: **SMALL TELEVISION FOR MOMS BEDROOM** | - | 100.00 |
| | | Office: **LAPTOP** | - | 400.00 |

Sub-Total >   4,483.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Best Case Bankruptcy

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jason Edward Janowicz**

_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Audio-Video: MP3 PLAYER** | - | **50.00** |
| | | **Office: HP PRINTER** | - | **55.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothes: TOTAL VALUE OF CLOTHES IN MY CLOSET** | - | **475.00** |
| | | **Clothes: TOTAL VALUE OF BOTH CHILDRENS CLOTHES** | - | **200.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Sports-Hobby: SOFTBALL BAT AND GLOVE** | - | **75.00** |
| | | **Sports-Hobby: TWO CHILDRENS BICYCLES** | - | **75.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total >    **930.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jason Edward Janowicz**                                      ,    Case No. _____

                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >                    0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Jason Edward Janowicz**

_____, Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Auto: 2006, JEEP LIBERTY, MINT, 35,000 Location: 3000 THRUSH LANE ROLLING MEADOWS, IL 60008 | - | 25,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Other: SMALL BAG OF ESSENCIAL TOOLS SUCH AS HAMMER, POWER DRILL, ETC. | - | 100.00 |

**3** of **3** continuation sheets attached
to the Schedule of Personal Property

1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

|  | Sub-Total > (Total of this page) | 25,100.00 |
|---|---|---|
| | Total > | 30,513.00 |

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re   **Jason Edward Janowicz**                                          ,   Case No._____
                                        Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank Account: checking account Location: JPMorgan Chase Bank, N.A. Chicago, IL 60670 | 735 ILCS 5/12-1001(b) | 1,500.00 | 1,500.00 |
| **Household Goods and Furnishings** | | | |
| Furniture: DINING PUB TABLE WITH 4 CHAIRS | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| Furniture: SOFA | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| Furniture: CHILDRENS BUNK BEDS | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| Furniture: QUEEN SIZE BED AND FRAME - USED NOT NEW | 735 ILCS 5/12-1001(b) | 400.00 | 400.00 |
| Furniture: MOMS QUEEN SIZE BED AND FRAME | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| Furniture: TV STAND | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| Appliances: MICROWAVE | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| Appliances: COFFEE MAKER | 735 ILCS 5/12-1001(b) | 45.00 | 45.00 |
| Appliances: TOASTER | 735 ILCS 5/12-1001(b) | 38.00 | 38.00 |
| Audio-Video: LIVING ROOM TELEVISION | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| Audio-Video: SMALL TELEVISION FOR MOMS BEDROOM | 735 ILCS 5/12-1001(b) | 17.00 | 100.00 |
| Office: LAPTOP | 735 ILCS 5/12-1001(b) | 0.00 | 400.00 |
| Audio-Video: MP3 PLAYER | 735 ILCS 5/12-1001(b) | 0.00 | 50.00 |
| Office: HP PRINTER | 735 ILCS 5/12-1001(b) | 0.00 | 55.00 |
| **Wearing Apparel** | | | |
| Clothes: TOTAL VALUE OF CLOTHES IN MY CLOSET | 735 ILCS 5/12-1001(a) | 475.00 | 475.00 |
| Clothes: TOTAL VALUE OF BOTH CHILDRENS CLOTHES | 735 ILCS 5/12-1001(a) | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Sports-Hobby: SOFTBALL BAT AND GLOVE | 20  ILCS 1805/10 | 75.00 | 75.00 |
| Sports-Hobby: TWO CHILDRENS BICYCLES | 20  ILCS 1805/10 | 75.00 | 75.00 |

___1___   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) — Cont.

In re   **Jason Edward Janowicz**                                          Case No. _____
                                    _____,
                                         Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Auto: 2006, JEEP LIBERTY, MINT, 35,000** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **25,000.00** |
| **Location: 3000 THRUSH LANE** | | | |
| **ROLLING MEADOWS, IL 60008** | | | |
| | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Other: SMALL BAG OF ESSENCIAL TOOLS** | **735 ILCS 5/12-1001(b)** | **0.00** | **100.00** |
| **SUCH AS HAMMER, POWER DRILL, ETC.** | | | |

|  | Total: | **7,225.00** | **30,513.00** |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Jason Edward Janowicz**                                                          Case No. _____

_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | | |
| | | | | C | | | | | | |
| Account No. **xxxxxxxxx2437** | | | | | 11/2006 | | | | | |
| **WELLS FARGO** **PO BOX 29704** **PHOENIX, AZ 85038** | - | | | | **Car Loan THIS IS A CAR LOAN FOR JEEP LIBERTY THAT WAS KEPT BY MY EX-WIFE. SHE IS FULLY RESPONSIBLE FOR THIS DEBT PER COURT PAPERS** | | | | | |
| | | | | | Value $          **Unknown** | | | | **22,197.00** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0** ___ continuation sheets attached

|  | Subtotal (Total of this page) | **22,197.00** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **22,197.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Jason Edward Janowicz**
_____ ,     Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_0___ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re __Jason Edward Janowicz_____,                    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxxxxx2654<br><br>**ACCOUNTS RECEIVABLE MANAGEMENT, INC**<br>**PO BOX 129**<br>**THOROFARE, NJ 08086-0129** | | - | | | **MAY 2008**<br>**Credit Card COLLECTION AGENCY FOR HSBC CARD SERVICES** | | | | 515.47 |
| Account No. xxx9459<br><br>**ADT SECURITY SERVICES**<br>**P.O. BOX 650485**<br>**DALLAS, TX 75265-0485** | | - | | | **MAY 2008**<br>**Other Bill HOME SECURITY SYSTEM** | | | | 208.83 |
| Account No. xxxxx xx. xx2888<br><br>**ADVANCED PEDIATRICS**<br>**126 BEISTERFIELD RD**<br>**ELK GROVE VILLAGE, IL 60007** | | - | | | **9/25/07**<br>**Medical Bill MEDICAL BILLS FOR MADISON JANOWICZ** | | | | 289.90 |
| Account No. xx-xxx6668<br><br>**ADVANCED PEDIATRICS-CHILDREN**<br>**PO BOX 3597**<br>**SPRINGFIELD, IL 62708-3597** | | - | | | **9/26/07**<br>**Medical Bill MEDICAL SERVICES FOR DAUGHTER MADISON JANOWICZ** | | | | 289.00 |
| __24__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 1,303.20 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    S/N:39202-091210    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason Edward Janowicz**                                              Case No._____

                                                      , 
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0915**<br><br>**ALEXIAN BROTHERS MEDICAL CENTER LOCK BOX 22589 22589 NETWORK PLACE CHICAGO, IL 60673-1225** | - | | **11/19.09**<br>**Medical Bill MEDICAL SERVICES** | | | | 75.00 |
| Account No. **xxxx xx. xxxxxxx/xxxx xx. 2061**<br><br>**ALLEGRETTI & ASSOCIATES 617 DEVON AVENUE PARK RIDGE, IL 60068** | - | | **MAY 2008**<br>**Other Bill DIVORCE ATTORNEY THAT INITIATED MY CASE.** | | | | 3,480.58 |
| Account No. **xxxxxxxx xxx xx xxxxxx6606**<br><br>**ALLIEDINTERSTATE PO BOX 1962 SOUTHGATE, MI 48195-0962** | - | | **JULY 2009**<br>**Other Bill DIRECT TV** | | | | 456.32 |
| Account No. **xxxxxxxx2140**<br><br>**AMERCIAN MEDICAL COLLECTION AGENCY PO BOX 1235 ELMSFORD, NY 10523-0935** | - | | **10/12/09**<br>**Medical Bill COLLECTOR FOR LABORATORY CORPORATION OF AMERICA** | | | | 20.00 |
| Account No. **xxx xxxxxx: xxxxxx2879**<br><br>**AMERICAN MEDICAL COLLECTION AGENCY 2269 S. SAW MILL RIVER ROAD BLDG. 3 ELMSFORD, NY 10523** | - | | **4/24/08**<br>**Medical Bill LCA ACCOUNT 8115500882021 & LCA ACCOUNT 9=8116C5097031** | | | | 35.87 |

Sheet no. __1__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,067.77**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason Edward Janowicz**_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1223<br><br>**APLM LTD**<br>**1050 W. KINZIE ST.**<br>**CHICAGO, IL 60642** | - | | **8/13/08**<br>**Medical Bill MEDICAL TESTS** | | | | **68.27** |
| Account No. xxxxA000<br><br>**ARLINGTON HEIGHTS INTERNAL MED**<br>**1506 N. ARLINGTON HEIGHTS ROAD**<br>**ARLINGTON HEIGHTS, IL 60004** | - | | **11/17/2008**<br>**Medical Bill MEDICAL BILL-PROCEDURES** | | | | **98.90** |
| Account No. xxxxA000<br><br>**ARLINGTON HEIGHTS INTERNAL MED**<br>**1606 N. ARLINGTON HEIGHTS RD**<br>**ARLINGTON HTS, IL 60004** | - | | **11/17/08**<br>**Medical Bill MEDICAL SERVICES** | | | | **473.00** |
| Account No. xxx-x-xxxxx4326<br><br>**ARLINGTON RIDGE PATHOLOGY, S.C**<br>**520 E. 22ND STREET**<br>**LOMBARD, IL 60148** | - | | **10/13/08**<br>**Medical Bill MEDICAL TESTS** | | | | **41.00** |
| Account No. xxx-x-xxxxx9380<br><br>**ARLINGTON RIDGE PATHOLOGY, S.C.**<br>**520 E. 22ND STREET**<br>**LOMBARD, IL 60148** | - | | **1/09/09**<br>**Medical Bill BLOOD CLOT DIAGNOSTICS ETC.** | | | | **16.45** |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **697.62**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason Edward Janowicz** _____, Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8718**<br><br>**ARMOR SYSTEMS CORPORATION**<br>**1700 KEIFER DR**<br>**SUITE 1**<br>**ZION, IL 60099-5114** | | - | **04/07/09**<br>**Medical Bill COLLECTOR FOR NORTHWEST COMMUNITY HOSPITAL CREDITOR ACT #33468** | | | | 99.10 |
| Account No. **xxx xxx-xxxx 196 6**<br><br>**AT & T**<br>**PO BOX 8100**<br>**AURORA, IL 60507-8100** | | - | **MAY 2008**<br>**Utility Bill FINAL PHONE BILL AFTER I HAVE MOVED OUT** | | | | 221.72 |
| Account No. **xx8365**<br><br>**ATG CREDIT, LLC**<br>**PO BOX 14895**<br>**CHICAGO, IL 60614-4895** | | - | **2008**<br>**Medical Bill COLLECTOR FOR: VALLEY IMAGING CONSULTANTS** | | | | 222.75 |
| Account No. **xxxxxx-xx-xxx001-4**<br><br>**BENEFICIAL FINANCE**<br>**P.O. BOX 17574**<br>**BALTIMORE, MD 21297-1574** | | - | **2008**<br>**Credit Card** | | | | 14,070.00 |
| Account No. **xxxxxxx0145**<br><br>**BEST PRACTICES OF NORTHWEST, SC**<br>**PO BOX 758682**<br>**BALTIMORE, MD 21275-8682** | | - | **10/13/09**<br>**Medical Bill EMERGENCY ROOM** | | | | 578.00 |

Sheet no. __3__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **15,191.57**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Edward Janowicz**                                      ,        Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **xxxxxxxx0128**<br><br>**BESTPRACTICES OF NORTHWEST, SC**<br>**PO BOX 758682**<br>**BALTIMORE, MD 21275-8682** | - | | 1/09/09<br>**Medical Bill EMERGENCY ROOM CARE** | | | | 14.50 |
| Account No. **xxxxxxxx0145**<br><br>**BESTPRACTICES OF NORTHWEST, SC**<br>**PO BOX 758682**<br>**BALTIMORE, MD 21275-8682** | - | | 10/13/09<br>**Medical Bill BEING BILLED BY SUBURBAN CREDIT CORPORATION 6142 FRANCONIA ROAD P.O. BOX 30640 ALEXANDRIA, VA 22310-2521** | | | | 578.00 |
| Account No. **xxxxx xx.xx4815**<br><br>**BLUE CROSS BLUE SHIELD OF ILLINOIS**<br>**300 EAST RANDOLPH**<br>**CHICAGO, IL 60601** | - | | **Medical Bill MEDICAL BILLS INCURRED DUE TO HEAD TRAUMA ACCIDENT** | | | | 6,936.84 |
| Account No. **xxxx014-6**<br><br>**C.B ACCOUNTS**<br>**NORTHWEST COMMUNITY HOSPITAL**<br>**P.O. BOX 95698**<br>**CHICAGO, IL 60694-5698** | - | | 4/23/09<br>**Medical Bill COLLECTOR FOR NORTHWEST COMMUNITY HOSPITAL CBA ACCOUNT #11305052 ACCOUNT# 5672014-6** | | | | 362.61 |
| Account No. **xxx xxxxxxx #xxxx1021**<br><br>**C.B. ACCOUNTS**<br>**PO BOX 95698**<br>**CHICAGO, IL 60694-5698** | - | | 1/23/09<br>**Medical Bill COLLECTOR FOR NORTHWEST COMMUNITY HOSPITAL CBA #11161021 #5571432-1** | | | | 3,753.56 |

Sheet no. __4__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,645.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Edward Janowicz**                                        Case No. _____
                                                          ,
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx255-7**<br><br>**C.B. ACCOUNTS, INC**<br>**PO BOX 95698**<br>**CHICAGO, IL 60694-5698** | - | | 10/13/08<br>**Medical Bill COLLECTOR FOR NORTHWEST COMMUNITY HOSPITAL** | | | | 892.13 |
| Account No. **xxx xxxxxxx #xxxx4128**<br><br>**CA ACCOUNTS INC.**<br>**3060 SALT CREEK**<br>**SUITE 110**<br>**ARLINGTON HEIGHTS, IL 60005** | - | | 4/30/09<br>**Medical Bill COLLECTOR FOR NORTHWEST COMMUNITY HOSPITAL CBA ACCOUNT #11314128 ACCOUNT# 5673380-9** | | | | 463.38 |
| Account No. **xxx xxxxxxx #xxxx1311**<br><br>**CB ACCOUNTS, INC**<br>**NORTHWEST COMMUNITY HOSPITAL**<br>**3060 SALT CREEK SUITE 110**<br>**ARLINGTON HEIGHTS, IL 60005** | - | | 5/07/09<br>**Medical Bill COLLECTOR FOR NORTHWEST COMMUNITY HOSPITAL CBA ACCOUNT #11321311 HOSPITAL ACCOUNT # 5679287-2** | | | | 3,855.00 |
| Account No. **xxxx6209**<br><br>**CB ACCOUNTS, INC.**<br>**3060 SALT CREEK**<br>**SUITE 110**<br>**ARLINGTON HEIGHTS, IL 60005** | - | | 5/14/09<br>**Medical Bill COLLECTOR FOR NORTHWEST COMMUNITY HOSPITAL ACCOUNT #5676662-6** | | | | 418.70 |
| Account No. **xxxxxxxx5003**<br><br>**CITY OF ROLLING MEADOWS**<br>**3600 KIRCHOFF ROAD**<br>**ROLLING MEADOWS, IL 60008** | - | | 7/20/2008<br>**Utility Bill WATER BILL FOR HOUSE THAT WAS SOLD** | | | | 113.60 |

| Sheet no. __5__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 5,742.81 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Edward Janowicz**                                              ,    Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4835**<br><br>**COLLECTION COMPANY OF AMERICA**<br>**700 LONGWATER DR**<br>**NORWELL, MA 02061** | - | | 6/2009<br>**Utility Bill AT&T** | | | | 210.00 |
| Account No. **ACCOUNT NAME:  JASON JANOWICZ**<br><br>**CORPORATE PAYMENT SERVICES / GRAINGER**<br>**4246 SOUTH RIVERBOAT ROAD**<br>**SALT LAKE CITY, UT 84123** | - | | JANUARY 2009<br>**Charge Card** | | | | 236.65 |
| Account No. **xx2500**<br><br>**CRAFTSMAN CARPET CORP.**<br>**2902 ORIOLE LANE**<br>**ROLLING MEADOWS, IL 60008** | - | | JULY 2007<br>**Other Bill CARPETING INSTALLED** | | | | 860.00 |
| Account No. **xxxxxxxxxxxxx5282**<br><br>**DEBT CREDIT SERVICES**<br>**2493 ROMIG RD**<br>**AKRON, OH 44320** | - | | 8/2008<br>**Other Bill CREDIT COLLECTOR FOR AT &T/SBC/-IILINOIS FACC** | | | | 210.00 |
| Account No. **xxxxx6586**<br><br>**DIRECTV**<br>**PO BOX 78626**<br>**PHOENIX, AZ 85062-8626** | - | | APRIL 2008<br>**Other Bill DIRECT TV** | | | | 456.32 |

Sheet no. __6__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,972.97

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Jason Edward Janowicz**

_____ , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx # xx-xx060-0** | | | | | | | |
| **DISCOVER CARD/BAKER & MILLER, P.C.** 29 N. WACKER DRIVE, 5TH FL. CHICAGO, IL 60606-2854 | - | | 11/25/09 Judgment Lien JUDGEMENT PASSED CONTACTED BY BAKER & MILLER, P.C. 29 N. WACKER DRIVE, 5TH FL.  CHICAGO, IL 60606-2854 TEL.312.541.4100 | | | | |
| Account No. **xxxxxxxx8548** | | | | | | | |
| **DISCOVER FINANCIAL SVCS LLC** PO BOX 15316 WILMINGTON, DE 19850 | - | | 04/2001 Credit Card DISCOVER CHARGE CARD | | | | 7,212.00 |
| Account No. **xxxx3329** | | | | | | | |
| **... ER MEDICAL CLINIC** ... BOX 2091 ... ORA, IL 60507-2091 | - | | 8/39/08 Medical Bill HOSPITAL CARE | | | | 7,212.00 |
| Account No. **xx6453** | | | | | | | |
| **...ARD HEALTH VENTURES** ...OUNTY LINE ROAD ...WICH, IL 60548-2178 | - | | 8/14/08 Medical Bill EMERGENCY CARE,  CRITICAL CARE | | | | 404.00 |
| Account No. **NONE** | | | | | | | |
| **. SCHLESINGER ATTY. NO .** ... 6229 ...VILLE, IL 60048 | - | | 9/23/09 Other Bill DIVORCE ATTORNEY - AGREED ORDER. | | | | 530.00 |
| **7** of **24** sheets attached to Schedule of Holding Unsecured Nonpriority Claims | | | | | | | 3,706.00 |
| | | | | | Subtotal (Total of this page) | | | 19,064.00 |

996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Edward Janowicz**
_____ ,   Case No. _____
                                        **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Gary Schlasenger PO Box 6229 Libertyville, IL 60048 | | - | | | | | |
| Account No. xxxxxxxxxxxx3790 | | | 12/27/2006 | | | | 3,506.00 |
| GE MONEY BANK/Tweeter PO BOX 960061 ORLANDO, FL 32896-0061 | | - | Store Card FINANCING FOR TELEVISION. LOTS OF FINANCE CHARGES AND LATE FEES AMOUNTS TO TOTAL. | | | | |
| Account No. xxxxx4652 | | | 2008 | | | | 7,921.00 |
| GEICO ONE GEICO PLAZA WASHINGTON, DC 20076 | | | Other Bill CAR INSURANCE | | | | |
| Account No. x7397 | | | 8/14/08 | | | | 230.36 |
| GUARDIAN ANESTHESIA ASSOC. 185 PENNY AVENUE EAST DUNDEE, IL 60118 | | | Medical Bill MEDICAL PROCEDURES WHILE I WAS IN CRITICAL CARE | | | | |
| Account No. NORTHWEST COMMUNITY HOSPITAL | | | Medical Bill CREDITOR:  NORTHWEST COMMUNITY HOSPITAL | | | | 863.50 |
| HARRIS & HARRIS, LTD 222 MERCHANDISE MART PLAZA SUITE 1900 CHICAGO, IL 60654 | | - | | | | | |
| | | | | | | | 100.77 |

Sheet no.  **8**  of  **24**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 12,621.63 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason Edward Janowicz**                                          Case No. _____
                                                                                 ,
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NORTHWEST COMMUNITY HOSP.**<br><br>**HARRIS & HARRIS, LTD**<br>**222 MERCHANDISE MART PLAZA**<br>**SUITE 1900**<br>**CHICAGO, IL 60654** | - | | **1/09/09**<br>**Medical Bill COLLECTOR FOR NORTHWEST COMMUNITY HOSP** | | | | 418.70 |
| Account No. **NORTHWEST COMMUNITY HOSPITAL**<br><br>**HARRIS & HARRIS, LTD**<br>**222 MERCHANDISE MART PLAZA**<br>**SUITE 1900**<br>**CHICAGO, IL 60654** | - | | **1/16/09**<br>**Medical Bill COLLECTOR FOR NORTHWEST COMMUNITY HOSPITAL** | | | | 38.55 |
| Account No. **xxxxxxxx7057**<br><br>**HARRIS & HARRIS, LTD**<br>**222 MERCHANDISE MART PLAZA**<br>**SUITE 1900**<br>**CHICAGO, IL 60654** | - | | **4/30/09 DUE DATE**<br>**Medical Bill COLLECTOR FOR ALEXIAN BROS HOSPITAL** | | | | 100.00 |
| Account No. **xxxxxxxxx0915**<br><br>**HARRIS & HARRIS, LTD**<br>**222 MERCHANDISE MART PLAZA**<br>**SUITE 1900**<br>**CHICAGO, IL 60654** | - | | **Medical Bill COLLECTOR FOR ALEXIAN BROS HOSPITAL** | | | | 75.00 |
| Account No. **xxxx432-1**<br><br>**HARRIS & HARRIS, LTD**<br>**222 MERCHANDISE MART PLAZA,**<br>**SUITE 1900**<br>**CHICAGO, IL 60654** | - | | **3/20/09**<br>**Medical Bill COLLECTOR FOR NOTHWEST COMMUNITY HOSPITAL** | | | | 3,753.56 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,385.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Edward Janowicz** _____,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0950**<br><br>**HARVARD COLLECTION SERVICES INC.**<br>**4839 N. ELSTON AVENUE**<br>**CHICAGO, IL 60630** | - | | **2008**<br>**Medical Bill SPRINT CELL PHONE** | | | | **928.00** |
| Account No. **xxxxxx-xx-xxx206-5**<br><br>**HFC**<br>**P.O. BOX 17574**<br>**BALTIMORE, MD 21297-1574** | - | | **2008**<br>**Personal Loan** | | | | **12,409.57** |
| Account No. **xxxxxx xxxxx0206**<br><br>**HFC PAYMENT PROCESSING**<br>**PO BOX 5240**<br>**CAROL STREAM, IL 60197-5240** | | | **JAN 2008**<br>**Credit Card** | | | | **2,058.00** |
| Account No. **xxxx1289**<br><br>**HOLY FAMILY MEDICAL CENTER**<br>**2097 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674-2097** | - | | **8/28/08**<br>**Medical Bill INPATIENT SERVICES** | | | | **134,362.30** |
| Account No. **xxxxxx/xxx4326**<br><br>**KCA FINANCIAL SERVICES, INC.**<br>**P.O. BOX 53**<br>**GENEVA, IL 60134-0053** | | | **09/16/2009**<br>**Medical Bill THIS IS A COLLECTOR FOR: NORTHWEST RADIOLOGY ACCOC. ACCOUNT # 2504326 Account #13280211 Account# 12619570** | | | | **250.00** |

Sheet no. __**10**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **150,007.87**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Edward Janowicz**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8070**<br><br>**LABORATORY COPORATION OF AMERICA**<br>**PO BOX 2240**<br>**BURLINGTON, NC 27216-2240** | | - | **APRIL 2008**<br>**Medical Bill LABORATORY BILL** | | | | **26.05** |
| Account No. **xxxx6787**<br><br>**LABORATORY CORPORATION OF AMERICA**<br>**P.O. BOX 2240**<br>**BURLINGTON, NC 27216-2240** | | - | **APRIL 2008**<br>**Medical Bill LABORATORY BILL** | | | | **9.82** |
| Account No. **xxxx0675**<br><br>**LABORATORY CORPORATION OF AMERICA**<br>**P.O. BOX 2240**<br>**BURLINGTON, NC 27216-2240** | | - | **FEBRUARY 2009**<br>**Medical Bill LABORATORY BILL** | | | | **20.00** |
| Account No. **xxxx2686**<br><br>**LCA**<br>**PO BOX 2240**<br>**BURLINGTON, NC 27216-2240** | | - | **2/28/08**<br>**Medical Bill LAB TESTS** | | | | **3.65** |
| Account No. **xxxx8078**<br><br>**LCA**<br>**PO BOX 2240**<br>**BURLINGTON, NC 27216-2240** | | - | **4/03.09**<br>**Medical Bill LAB TESTS** | | | | **4.00** |

Sheet no. __11__ of __24__ sheets attached to Schedule of                        Subtotal           **63.52**
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Edward Janowicz**
_____,   Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx2677**<br><br>**MEDICAL BUSINESS BUREAU, LLC**<br>**PO BOX 1219**<br>**PARK RIDGE, IL 60068-7219** | | - | | 9/11/09<br>**Medical Bill COLLECTOR FOR GUARDIAN ANESTHESIA ACCOC.** | | | | 863.50 |
| Account No. **xxxx0695**<br><br>**MEDICAL RECOVERY SPECIALISTS, INC**<br>**2250 E DEVON AVE STE 352**<br>**DES PLAINES, IL 60018-4519** | | - | | 6/09/2009<br>**Medical Bill AMBULANCE SERVICES BILL COLLECTOR** | | | | 413.11 |
| Account No. **xxxxxxxx884-0**<br><br>**MEDTOX LABORATORIES, INC.**<br>**NW 5830**<br>**PO BOX 1450**<br>**MINNEAPOLIS, MN 55485-5830** | | - | | 4/15/08<br>**Medical Bill MEDICAL SERVICES FOR DAUGHTER MADISON JANOWICZ** | | | | 7.41 |
| Account No. **xxx8916**<br><br>**MINTEX INC.**<br>**800 WEST 5TH AVE. SUITE 100A**<br>**NAPERVILLE, IL 60563** | | - | | 8/28/08<br>**Medical Bill BILL COLLECTOR FOR RIDGE AMBULANCE SERVICES.** | | | | 535.00 |
| Account No. **xxxxxxx-x xxxxxxxxx #xxx0541**<br><br>**MIRA MED REVENUE GROUP, LLC**<br>**DEPT 77304**<br>**P.O. BOX 77000**<br>**DETROIT, MI 48277-0304** | | - | | 2008<br>**Medical Bill REHABILITATION INSTITUTE OF CHICAGO COLLECTION AGENCY** | | | | 337.31 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **2,156.33**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason Edward Janowicz**                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx255-7**<br><br>**MIRA MED REVENUE GROUP, LLC**<br>**DEPT 77304**<br>**PO BOX 77000**<br>**DETROIT, MI 48277-0304** | | - | 10/05/09<br>**Medical Bill COLLECTOR FOR NORTHWEST COMMUNITY HOSPITAL** | | | | 892.13 |
| Account No. **xxx0541**<br><br>**MIRAMED REVENUE GROUP, LLC**<br>**PO BOX 536**<br>**LINDEN, MI 48451-0536** | | - | 6/18/09<br>**Medical Bill BILL COLLECTOR FOR REHAB INSTITUTE OF CHICAGO** | | | | 1,320.25 |
| Account No. **xxxx3388**<br><br>**NCO FINANCIAL**<br>**PO BOX 13570**<br>**PHILADELPHIA, PA 19101** | | - | 05/2008<br>**Medical Bill COLLECTER FOR NORTHWEST COMMUNITY HOSPITAL** | | | | 170.00 |
| Account No. **xxxx0825**<br><br>**NCO FINANCIAL SYSTEMS, INC**<br>**1375 EAST WOODFIELD RD STE. 110**<br>**SCHAUMBURG, IL 60173** | | - | 11/10/08<br>**Medical Bill COLLECTOR FOR NORTHWEST COMMUNITY HOSPITAL** | | | | 474.40 |
| Account No. **xxxx0825**<br><br>**NCO FINANCIAL SYSTEMS, INC.**<br>**1375 EAST WOODFIELD RD. STE. 110**<br>**SCHAUMBURG, IL 60173** | | - | 2/12/09<br>**Medical Bill COLLECTOR FOR NORTHWEST COMMUNITY HOSPITAL** | | | | 1,366.53 |

Sheet no. __13__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,223.31**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Edward Janowicz**                                                    Case No. _____

                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4321**<br><br>**NORTHEST COMMUNITY HOSPITAL**<br>**PO BOX 95698**<br>**CHICAGO, IL 60694-5698** | | - | **12/12/08**<br>**Medical Bill HOSPITAL SERVICES** | | | | 3,753.56 |
| Account No. **xxxx0146**<br><br>**NORTHWEST COMMUNITY HOSPITAL**<br>**PO BOX 95698**<br>**CHICAGO, IL 60694-5698** | | - | **01/2009**<br>**Medical Bill MEDICAL EXPENSES DUE TO MY HEAD TRAUMA INJURY** | | | | 362.61 |
| Account No. **xxxx2872**<br><br>**NORTHWEST COMMUNITY HOSPITAL**<br>**PO BOX 95698**<br>**CHICAGO, IL 60694** | | - | **JANUARY 2009**<br>**Medical Bill MEDICAL BILLS INCURRED DUE TO MY HEAD TRAUMA INJURY** | | | | 38.55 |
| Account No. **xxxx3073**<br><br>**NORTHWEST COMMUNITY HOSPITAL**<br>**PO BOX 95698**<br>**CHICAGO, IL 60694** | | - | **JANUARY 2009**<br>**Medical Bill REHABILITATION DUE TO MY HEAD TRAUMA INJURY** | | | | 39.31 |
| Account No. **xxxx3809**<br><br>**NORTHWEST COMMUNITY HOSPITAL**<br>**PO BOX 95698**<br>**CHICAGO, IL 60694** | | - | **JANUARY 2009**<br>**Medical Bill REHABILITATION DUE TO MY HEAD TRAUMA INJURY** | | | | 100.77 |

Sheet no. **14** of **24** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,294.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Edward Janowicz**                                              Case No. _____
                                                        ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx6626**<br><br>**NORTHWEST COMMUNITY HOSPITAL<br>PO BOX 95698<br>CHICAGO, IL 60694** | - | | | **JANUARY 2009<br>Medical Bill REHABILITATION DUE TO MY HEAD TRAUMA INJURY** | | | | 418.70 |
| Account No. **xxxxxx0326**<br><br>**NORTHWEST ONCOLOGY AND HEMATOLOGY SC<br>3701 ALGONQUIN ROAD SUITE 900<br>ROLLING MEADOWS, IL 60008** | - | | | **1/10/09<br>Medical Bill COLLECTOR FOR NORTHWEST COMMUNITY HOSPITAL** | | | | 13.50 |
| Account No. **x-xx842.0**<br><br>**NORTHWEST PULMONARY ASSOCIATES<br>75 REMITTANCE DR STE 6786<br>CHICAGO, IL 60675-6786** | - | | | **9/25/09<br>Medical Bill HOSPITAL TEST, ETC** | | | | 198.90 |
| Account No. **xxx-x-xxxxxx9957**<br><br>**NORTHWEST RADIOLOGY ASSOC, SC<br>520 E 22ND STREET<br>LOMBARD, IL 60148** | - | | | **1/09/09 & 1/10/09<br>Medical Bill CT SCAN OF BRAIN** | | | | 20.60 |
| Account No. **xxx-x-xxxxxx1307**<br><br>**NORTHWEST RADIOLOGY ASSOCIATES, SC<br>520 EAST 22ND STREET<br>LOMBARD, IL 60148** | - | | | **2/21/08<br>Medical Bill MRI NECK SPINE** | | | | 26.55 |

Sheet no.  **15**  of  **24**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              678.25

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Edward Janowicz**                                          Case No. _____
                                                                    ,
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-x-xxxxxx4326**<br><br>**NORTHWEST RADIOLOGY ASSOCIATES, SC 520 E 22ND STREET LOMBARD, IL 60148** | - | | | | **10/13/08**<br>**Medical Bill CT BRAIN SCAN** | | | | 183.00 |
| Account No. **x3468**<br><br>**NORTHWEST SUBURBAN MEDICAL ASSO. SC 1300 E. CENTRAL RD SUITE C ARLINGTON HEIGHTS, IL 60005** | - | | | | **8/29/08**<br>**Medical Bill HOSPITAL CONSULT ETC.** | | | | 99.10 |
| Account No. **xxxxxxx / xxxx5543**<br><br>**OSI COLLECTION SERVICES, INC P.O. BOX 959 BROOKFIELD, WI 53008-0959** | - | | | | **5/6/09**<br>**Medical Bill NORTHWEST COMMUNITY HOSPITAL** | | | | 170.00 |
| Account No. **xxxxxxx & xxxx5543**<br><br>**OSI COLLECTION SERVICES, INC. PO BOX 959 BROOKFIELD, WI 53008-0959** | - | | | | **10/30/07**<br>**Medical Bill MEDICAL SERVICES FOR DAUGHTER MADISON JANOWICZ** | | | | 170.00 |
| Account No. **xx-xx2563**<br><br>**OSWEGO FIRE PROTECTION DIST PO BOX 457 WHEELING, IL 60090** | - | | | | **8/13/08**<br>**Medical Bill AMBULANCE SERVICES** | | | | 50.00 |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                672.10

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Edward Janowicz** _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx2685**<br><br>**PORTFOLIO RECOVERY ASSOCIATES**<br>**120 CORPORATE BLVD SUITE 100**<br>**NORFOLK, VA 23502** | - | | | 02/2009<br>**Credit Card FOR HSBC CARD SERVICES III INC.** | | | | 587.00 |
| Account No. **xx6453**<br><br>**PRAIRIE HEALTHCARE LTD**<br>**1 E COUNTYLINE ROAD**<br>**SANDWICH, IL 60548-2178** | - | | | 8/14/08<br>**Medical Bill EMERGENCY CARE** | | | | 530.00 |
| Account No. **xxxxxx0815**<br><br>**QUEST DIAGNOSTICS**<br>**PO BOX 64804**<br>**BALTIMORE, MD 21264-4804** | - | | | 3/08/08<br>**Medical Bill MY EX WIFE'S DOCTOR VISIT** | | | | 9.60 |
| Account No. **xxxxxxx0820**<br><br>**QUEST DIAGNOSTICS**<br>**PO BOX 64804**<br>**BALTIMORE, MD 21264-4804** | - | | | 3/08/08<br>**Medical Bill EX WIFE'S MEDICAL BILLS** | | | | 13.46 |
| Account No. **xxxx562-2**<br><br>**REHABILITATION INSTITUTE OF CHICAGO**<br>**6084 EAGLE WAY**<br>**CHICAGO, IL 60678-1060** | - | | | 2008<br>**Medical Bill REHABILITATION DUE TO MY HEAD INJURY** | | | | 2,705.50 |

Sheet no. __**17**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **3,845.56**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Edward Janowicz**                                    Case No. _____

                                                    _____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx562-1**<br><br>**REHABILITATION INSTITUTE OF CHICAGO**<br>**6084 EAGLE WAY**<br>**CHICAGO, IL 60678-1060** | - | | **2008**<br>**Medical Bill REHABILITATION DUE TO MY HEAD INJURY** | | | | 130.24 |
| Account No. **xxxx562-3**<br><br>**REHABILITATION INSTITUTE OF CHICAGO**<br>**6084 EAGLE WAY**<br>**CHICAGO, IL 60678-1060** | - | | **2008**<br>**Medical Bill REHABILITATION DUE TO MY HEAD INJURY** | | | | 2,577.29 |
| Account No. **xxxx562-5**<br><br>**REHABILITATION INSTITUTE OF CHICAGO**<br>**6084 EAGLE WAY**<br>**CHICAGO, IL 60678-1060** | - | | **2008**<br>**Medical Bill REHABILITATION DUE TO MY HEAD INJURY** | | | | 2,701.40 |
| Account No. **xxxx562-4**<br><br>**REHABILITATION INSTITUTE OF CHICAGO**<br>**6084 EAGLE WAY**<br>**CHICAGO, IL 60678** | - | | **2008**<br>**Medical Bill REHABILITATION DUE TO MY HEAD INJURY** | | | | 852.70 |
| Account No. **xxxxA004**<br><br>**RESPIRATORY CONSULTANTS, SC**<br>**2088 OGDEN AVENUE**<br>**SUITE 250**<br>**AURORA, IL 60504-4385** | - | | **8/22/08**<br>**Medical Bill RESPIRATORY SERVICES** | | | | 41.90 |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,303.53**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Edward Janowicz**                                          , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx xxxxxxx xx. xxxx8663**<br><br>**RIDDLE & WOOD, P.C.**<br>**P.O. BOX 1187**<br>**SANDY, UT 84091-1187** | - | | **APRIL 2008**<br>**Other Bill DIRECT TV COLLECTION AGENCY** | | | | 554.32 |
| Account No. **xxxxxxx916  1**<br><br>**RIDGE AMBULANCE SERVICES**<br>**2252 CORNELL AVE**<br>**MONTGOMERY, IL 60538** | - | | **1/12/2009**<br>**Medical Bill AMBULANCE SERVICES** | | | | 385.00 |
| Account No. **xx6453**<br><br>**RRCA ACCOUNTS MANAGEMENT, INC**<br>**201 E. 3RD ST**<br>**STERLING, IL 61081-3611** | - | | **10/12/09**<br>**Medical Bill COLLECTOR FOR SANDWICH FAMILY PRACTICE** | | | | 540.00 |
| Account No. **xxxxx1315**<br><br>**RUSH-COPLEY MEDICAL GROUP NFP**<br>**PO BOX 2091**<br>**AURORA, IL 60507-2091** | - | | **8/12/09**<br>**Medical Bill OFFICE OUTPATIENT VISIT** | | | | 20.00 |
| Account No. **xxxx-xMARA**<br><br>**SAILAJA MARAMREDDY/ADVENT NEUROLOGY**<br>**C/O KLO**<br>**777 OAKMONT LANE, SUITE 1600**<br>**WESTMONT, IL 60559-5577** | - | | **1/16/09**<br>**Medical Bill EEG** | | | | 6.90 |

Sheet no. __**19**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,506.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Edward Janowicz**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xMARA** <br><br> **SAILAJA MARAMREDDY/ADVENT NEUROLOGY C/O KLO 777 OAKMONT LANE SUITE 1600 WESTMONT, IL 60559-5577** | - | | 1/16/09 & 1/10/09 <br> **Medical Bill EEG AWAKE & SLEEP** | | | | 21.20 |
| Account No. **xxxx-xMARA** <br><br> **SAILAJA MARAMREDDY/ADVENT NEUROLOGY C/O KLO 777 OAKMONT LANE SUITE 1600 WESTMONT, IL 60559-5577** | - | | 1/10/09 & 1/16/09 <br> **Medical Bill INITIAL IMPATIENT CONSULTATION** | | | | 26.20 |
| Account No. **xxxx-xMARA** <br><br> **SAILAJA MARAMREDDY/ADVENT NEUROLOGY C/O KLO 777 OAKMONT LANE SUITE 1600 WESTMONT, IL 60559-5577** | - | | 7/22/09 <br> **Medical Bill OFFICE OUTPATIENT VISIT** | | | | 20.00 |
| Account No. **xxxxx-6687** <br><br> **SAILAJA MARAMREDDY/ADVENT NEUROLOGY C/O KLO 777 OAKMONT LANE SUITE 1600 WESTMONT, IL 60559** | - | | 1/10/09 <br> **Medical Bill INITITAL INPATIENT CONSULTATION** | | | | 19.30 |
| Account No. **xxxx-MARA** <br><br> **SAILAJA MARAMREDDY/ADVENT NEUROLOGY C/O KLO 777 OAKMONT LANE SUITE 1600 WESTMONT, IL 60559-5577** | - | | 1/10/09 & 1/16/09 <br> **Medical Bill INITIAL IMPATIENT & EEG** | | | | 21.20 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **107.90**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason Edward Janowicz**                                                    , Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx7694<br><br>SENTRY CREDIT INC.<br>PO BOX 12070<br>EVERETT, WA 98206-2070 | - | | 09-10-2009<br>Other Bill THIS IS A CREDIT COLLECTOR I'M NOT SURE NOT WHAT THIS IS FOR | | | | 14,070.73 |
| Account No. xxxxxxx5337<br><br>SHERMAN HOSPITAL<br>934 CENTER STREET<br>ELGIN, IL 60120-2198 | - | | 11/14/08<br>Medical Bill CT SCAN & EMERGENCY ROOM | | | | 13.10 |
| Account No. xxxxx0950<br><br>SPRINT/NCO FINANCIAL SYSTEMS<br>PO BOX 15740<br>WILMINGTON, DE 19850-5740 | - | | 2008<br>Other Bill SPRINT CELL PHONE | | | | 906.47 |
| Account No. xxxxxxxx0150<br><br>SUBURBAN CREDIT CORPORATION<br>6142 FRANCONIA ROAD<br>PO BOX 30640<br>ALEXANDRIA, VA 22310-2521 | - | | 6/3/08<br>Medical Bill COLLECTOR FOR BEST PRACTICES OF NORTHWEST CREDITOR ACCOUNT #870710300150 | | | | 111.09 |
| Account No. xx-xx5033<br><br>SUPERIOR AIR GROUND AM SERV<br>P.O. BOX 1407<br>ELMHURST, IL 60126 | - | | 9/18/08<br>Medical Bill AMBULANCE SERVICES FROM ACCIDENT | | | | 413.32 |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  **15,514.71**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Edward Janowicz**                                   Case No. _____

_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx0133**<br><br>**SUPERIOR AIR GROUND AMB SERV**<br>**P.O. BOX 1407**<br>**ELMHURST, IL 60126** | | - | **SEPT 2009**<br>**Medical Bill AMBULANCE SERVICES** | | | | **412.91** |
| Account No. **xx-xx0695**<br><br>**SUPERIOR AIR GROUND AMBULANCE SERV**<br>**P.O. BOX 1407**<br>**ELMHURST, IL 60126** | | - | **9/15/08**<br>**Medical Bill AMBULANCE SERVICES** | | | | **412.91** |
| Account No. **xx-xx0345**<br><br>**SUPERIOR AIR GROUND AMBULANCE SERVQ**<br>**P.O. BOX 1407**<br>**ELMHURST, IL 60126** | | - | **9/14/08**<br>**Medical Bill AMBULANCE SERVICES** | | | | **405.91** |
| Account No. **xxxxA002**<br><br>**SW DIGEST . DIS. CONSULTANTS**<br>**1900 OGDEN AV SUITE 106**<br>**AURORA, IL 60504-4284** | | - | **8/21/08**<br>**Medical Bill MEDICAL PROCEDURES** | | | | **179.10** |
| Account No. **xxxxx-xxxxxx2000**<br><br>**TRU GREEN**<br>**966 SETON CT**<br>**WHEELING, IL 60090** | | - | **SUMMER OF 2008**<br>**Other Bill LAWN SERVICE** | | | | **41.50** |

Sheet no. __**22**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,452.33**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason Edward Janowicz**                                              Case No._____

                                                    ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7890**<br><br>**UNITED HEALTHCARE**<br>**PO BOX 95698**<br>**CHICAGO, IL 60694-5698** | | - | **Medical Bill NORTHWEST COMMUNITY HOSPITAL** | | | | 474.40 |
| Account No. **xxxxx9575**<br><br>**UNITED HEALTHCARE INSURANCE COMPANY**<br>**SPRINGFIELD SERVICE CENTER**<br>**PO BOX 30555**<br>**SALT LAKE CITY, UT 84130-0555** | | - | 8/07/08<br>**Medical Bill MEDICAL BILL FOR DAUGHTER MADISON JANOWICZ** | | | | 356.00 |
| Account No. **xxxxxxxx5601**<br><br>**UNITED HEALTHCARE INSURANCE COMPANY**<br>**SPRINGFIELD SERVICE CENTER**<br>**PO BOX 30555**<br>**SALT LAKE CITY, UT 84130-0555** | | - | 12/15/08<br>**Medical Bill LABORATORY SERVICES** | | | | 19.00 |
| Account No. **xxx0133**<br><br>**UNITED RECOVERY SERVICES**<br>**18525 TORRENCE AVE**<br>**SUITE C-6**<br>**LANSING, IL 60438** | | - | 3/12/2009<br>**Medical Bill BILL COLLECTOR FOR AMBULANCE SERVICES - BY SUPERIOR AMBULANCES** | | | | 412.91 |
| Account No. **xxx0345**<br><br>**UNITED RECOVERY SERVICES**<br>**18525 TORRENCE AVE**<br>**SUITE C-6**<br>**LANSING, IL 60438** | | - | 6/01/09<br>**Medical Bill BILL COLLECTOR FOR SUPERIOR AMBULANCE** | | | | 412.91 |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,675.22**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason Edward Janowicz**                                             Case No. _____

_____ ,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx5391 <br><br> **UNIVERSAL FIDELITY LP** <br> **16625 PARK ROW** <br> **HOUSTON, TX 77084** | | - | 6/11/09 <br> **Other Bill COLLECTOR FOR TRAVEL MASTER CARD - GRAINGER** | | | | 235.65 |
| Account No. x2865 <br><br> **VALLEY IMAGING CONSULTANTS LLC** <br> **6910 S. MADISON ST** <br> **WILLOWBROOK, IL 60527-5504** | | - | 8/19/08 <br> **Medical Bill XRAY & OTHER MEDICAL SERVICES** | | | | 222.75 |
| Account No. xxx-xx4604 <br><br> **VILLAGE OF WHEELING** <br> **PO BOX 1368** <br> **ELMHURST, IL 60126** | | - | 1/09/2009 <br> **Medical Bill ALS EMER LEVEL 1 AMBULANCE TO NORTHWEST COMMUNITY HOSP** | | | | 85.81 |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | | Subtotal <br> (Total of this page) | 544.21 |
|---|---|---|---|
| | | Total <br> (Report on Summary of Schedules) | 269,738.75 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Jason Edward Janowicz**                                          Case No. _____
_____,
                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AMLI RESIDENTIAL**<br>**1729 CANTERFIELD**<br>**WEST DUNDEE, IL 60118** | **Lessee on Lease NONE signed 5/14/09 expires 6/14/10 LEASE FOR APARTMENT** |
| **COMCAST CONTRACT SERVICES**<br>**PO BOX 492950**<br>**LAWRENCEVILLE, GA 30049-6679** | **Lessee on Contract 0001863518 signed 6/26/09 expires 6/26/10 CONTRACT FOR CABLE** |
| **COMED**<br>**PO BOX 87522**<br>**CHICAGO, IL 60680** | **Lessee on Contract 5107049155 signed 6/01/09 expires 6/01/10 ELECTRIC UTILITY -IM CURRENT** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re    **Jason Edward Janowicz**                                                                        Case No. _____

_____,
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re  **Jason Edward Janowicz** _____   Case No. _____
_____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Son**<br>**Mother**<br>**Daughter** | AGE(S):<br>**10**<br>**57**<br>**7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
|    b. Insurance | $ | 0.00 | $ | N/A |
|    c. Union dues | $ | 0.00 | $ | N/A |
|    d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): **DISABILITY** | $ | 2,020.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,020.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,020.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 2,020.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Jason Edward Janowicz**
_____     Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,312.80 |
| a. Are real estate taxes included?  Yes ___  No **X** | | |
| b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 146.96 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 126.00 |
| d. Other | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 50.00 |
| 6. Laundry and dry cleaning | | $ 20.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 200.00 |
| d. Auto | | $ 125.00 |
| e. Other  **MEDICAL INSURANCE FOR CHILDREN** | | $ 151.32 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 300.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 1,000.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
| Other | | |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)      $ 4,082.08

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | | $ 2,020.00 |
| b. Average monthly expenses from Line 18 above | | $ 4,082.08 |
| c. Monthly net income (a. minus b.) | | $ -2,062.08 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jason Edward Janowicz**

_____
Debtor(s)

Case No. _____

Chapter      **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **40**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    1 / 06 / 10   _____

Signature   _____
**Jason Edward Janowicz**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jason Edward Janowicz** _____

_____
Debtor(s)

Case No. _____

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $63,488.84 | 2007 GRAINGER ACCOUNT MANAGER |
| $26,328.18 | 2008 GRAINGER |
| $10,208.90 | 2008 WALDMANN LIGHTING |
| $3,200.00 | 2008 H.R. BOYD INC SHOVELING SNOW |
| $3,611.29 | 2008 WALDMANN LIGHTING COMMISSIONS |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **GARY L. SCHLESINGER ATTY. NO. 15204**<br>**PO BOX 6229**<br>**LIBERTYVILLE, IL 60048** | **SEPT & OCTOBER 2009** | **$400.00** | **$3,306.00** |
| **KENDALL COUNTY COURT SERVICES**<br>**807 W. John Street**<br>**Yorkville, IL 60560** | **11/3/09** | **$2,394.00** | **$0.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **DISCOVER BANK**<br>**NO. 09 M1 111017** | **CREDIT CARD - $7,212.00** | **CIRCUIT COURT  OF COOK COUNTY, ILLINOIS**<br>**COOK COUNTY** | **JUDGEMENT PASSED CONTACTED BY BAKER & MILLER, P.C.**<br>**29 N. WACKER DRIVE, 5TH FL.**<br>**CHICAGO, IL 60606-2854**<br>**TEL.312.541.4100** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **JUDGEMENT FOR DISSOLUTION OF MARRIAGE 08 D 330068** | **DIVORCE** | **CIRCUIT COURT OF COOK COUNTY COOK COUNTY** | **COMPLETED/DONE JANUARY 5, 2009** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CCB CREDIT SERVICES, INC. /GMAC/SEMPERIA PO BOX 272 SPRINGFIELD, IL 62705-0272** | **SEPTEMBER 2008** | **Repossess 2007 PONTIAC GRAND PRIX GT ACCOUNT # 154910648638 Value: 6208.22** |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **ARLICE STORER**<br>**1729 CANTERFIELD PARKWAY**<br>**WEST DUNDEE, IL 60118** | **MOTHER** | **EVERY MONTH** | **MY MOTHER HAS BREAST CANCER, HAS JUST FINISHED CHEMO AND IS ON RADIATION. SHE HASN'T WORKED IN 9 MONTHS AND I TAKE FULL CARE OF HER. I MAKE HER CAR PAYMENT AND ALL HOUSEHOLD EXPENSES WITH THE MONEY I GET.**<br>**Value: 250.00** |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|